■ In the Matter of DIANA M., Appellant, v NITYANAN T., Respondent. In the Matter of NITYANAN T., Respondent, v DIANA M., Appellant. [999 NYS2d 415]—

Order, Family Court, New York County (Jane Pearl, J.), entered on or about December 5, 2013, which, to the extent appealed from, denied petitioner mother's application to relocate with the parties' child to Florida, unanimously affirmed, without costs.

The Family Court properly found, after consideration of the evidence adduced at trial, that the proposed relocation would not serve the child's best interests (*see Matter of Tropea v Tropea*, 87 NY2d 727, 741 [1996]; *Matter of David J.B. v Monique H.*, 52 AD3d 414 [1st Dept 2008]). While petitioner established that a slight economic advantage would be realized by the move to Florida, the advantage did not outweigh the disruption in the child's bond with respondent father so as to warrant relocation (*compare Matter of Harrsch v Jesser*, 74 AD3d 811 [2d Dept 2010]; *Matter of Kevin McK. v Elizabeth*

*A.E.*, 111 AD3d 124 [1st Dept 2013]). Concur—Sweeny, J.P., Andrias, Saxe, DeGrasse and Gische, JJ.